UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

CHARLES AMARA,

                        Plaintiff,               **NOTICE OF REMOVAL**

      v.

                                  **CIVIL ACTION NO.:** 3:25-cv-1617 (BKS/MJK)

VILLAGE OF AFTON, and OFFICER JUSTIN
DAVY, in his official and individual capacities,

                        Defendants.

_____

       PLEASE TAKE NOTE, that Defendants Village of Afton and Officer Justin Davy, by and through their attorneys, Sugarman Law Firm, LLP, hereby file this Notice of Removal seeking removal of this action from Supreme Court of the State of New York, County of Chenango (Chenango County Index No. 2025-00000100)("State Court action") to the United States District Court for the Northern District of New York.

       In support of the request for removal, Defendants, by and through their attorneys, respectfully state the following:

       1.      Pursuant to 28 U.S.C. §1446(a), attached hereto and made a part hereof as **Exhibit A**, is an Index of all process, pleadings, and orders served in the State Court action. The documents listed in chronological order within the Index are also annexed hereto individually and are as follows:

       **Exhibit B:** Summons and Verified Complaint, filed October 27, 2025

       **Exhibit C:** Affidavit of Service of Summons and Verified Complaint on Village of Afton, filed November 4, 2025

       **Exhibit D:** Affidavit of Service of Summons and Verified Complaint on Officer Justin Davy, filed November 17, 2025

1

2.      Upon information and belief, the foregoing constitutes all process, pleadings, and orders allegedly served upon the parties in this action.

3.      The State Court action was commenced in the Supreme Court of the State of New York, Chenango County, on October 27, 2025, by the filing of a Summons and Verified Complaint. *See* Exhibit B. The State Court action is a civil action wherein Plaintiff alleges violations of rights under the United States Constitution. *See* Exhibit B.

4.      Plaintiff asserts, inter alia, the following causes of actions: trespass and invasion of privacy in violation of the Fifth Amendment; excessive force, false arrest, assault, and depravation of due process and liberty interests in violation of the Fifth and Fourteenth Amendments. *See* Exhibit B, pp. 6-9.

5.      Thus, this Court has federal question jurisdiction pursuant to 28 U.S.C. §1311.

6.      In accordance with the requirements set forth in 28 U.S.C. §1446, this Notice of Removal is being filed within thirty (30) days of receipt by Defendants of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, specifically Plaintiff's Verified Complaint.

7.      By reason of the all the foregoing, Defendants desire and are entitled to have the civil action removed from the Supreme Court of the State of New York, County of Chenango, to the United States District Court for the Northern District of New York, which encompassed the venue where the State Court action is pending.

8.      A copy of this Notice of Removal is being served upon Plaintiff and filed with the Clerk of the Supreme Court, County of Chenango, as required by 28 U.S.C. §1446, and proof of said filing will be transmitted to this Court once effectuated.

WHEREFORE, Defendants respectfully request that the civil action pending against them in the Supreme Court of the State of New York, County of Chenango, be removed and proceed in this Court as an action properly removed to it, along with such other, further and different relief as is just and proper.

Dated: November 18, 2025

_____
Paul G. Lyons, Esq.
Bar Roll No.: 701188
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Defendants*
211 W. Jefferson Street
Syracuse, New York  13202
Telephone:  (315) 474-2943
*plyons@sugarmanlaw.com*

TO:   Mr. Charles Amara
      **PRO SE PLAINTIFF**
      571 Sprague Road
      Afton, New York  13730
      Telephone:  (919) 396-9495
      *Charles.p.amara@gmail.com*